# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronnie Williams,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv34-2/3:00cr123-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2007 Order.

Signed: February 14, 2007

Frank G. Johns, Clerk
United States District Court